# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3402

_____

| | | |
|---|---|---|
| Dennis Larson Loop, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| United States of America; | * | |
| United States Marshal's Service, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: May 22, 2007
Filed: May 30, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dennis Larson Loop appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review, see Kasper v. Federated Mut. Ins. Co., 425 F.3d 496, 502 (8th Cir. 2005), we affirm the grant of summary judgment, finding no reversible error of fact or law. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.